**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** | ) **MDL No. 2817** |
| | ) |
| | ) **Master Docket No. 18 C 864** |
| _____ | ) |
| | ) **Judge Rebecca R. Pallmeyer** |
| **This Document Relates to:** | ) |
| | ) |
| **18 C 866 John O'Neil Johnson Toyota, LLC v. CDK Global, LLC** | ) |
| **18 C 867 Teterboro Automall, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 868 Authenticom, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 909 Bob Baker Volkswagen v. CDK Global, LLC, et al.** | ) |
| **18 C 987 F.G. Downing Development, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 996 Baystate Ford Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 1054 Massey Chrysler Ctr., Inc. et al. v. CDK Global, LLC, et al.** | ) |
| **18 C 1055 JCF Autos LLC, et al. v. CDK Global, LLC** | ) |
| **18 C 1056 Kenny Thomas Enterprises, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 1057 Hoover Automotive, LLC v. CDK Global, LLC, et al.** | ) |
| **18 C 1707 Waconia Dodge, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 2666 Apex Motor Company v. CDK Global, LLC, et al.** | ) |
| **17 C 7827 Hartley Buick GMC Truck, Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 833 Northtown Auto Companies Inc. v. CDK Global, LLC, et al.** | ) |
| **18 C 846 Cox Motors N.C., Inc. v. CDK Global, LLC** | ) |
| **19 C 419 In re: Dealer Management. v. CDK Global, LLC, et al.** | ) |
| **19 C 1412 i3 Brands, Inc., et al. v. CDK Global, LLC, et al.** | ) |

## MDL CLOSING ORDER

As this MDL has been concluded, the lead case and member MDL cases are terminated.

ENTER:

Dated: March 6, 2025

_____
REBECCA R. PALLMEYER
United States District Judge